UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL LEWIS IVORY
REG. #17068-001                                                                                    PETITIONER

v.                          CASE NO. 2:08cv00156 BSM/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                        RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 23rd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE